UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT LAWRENCE,<br><br>    Plaintiff<br><br>v.<br><br>SHEIN US SERVICES, LLC, LEXINGTON MOTORS, INC. and SIERRA CLUB,<br><br>    Defendants. | C.A. No. 1:24-cv-13002-PGL<br><br><br>DECEMBER 10, 2024 |

**DEFENDANTS' JOINT MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants' Shein US Services, LLC, Lexington Motors, Inc. and Sierra Club (collectively, the "Defendants") respectfully move for an extension of time of thirty (30) days, up to and including January 5, 2025 to answer, file a motion, or otherwise respond to Plaintiff's Amended Complaint. In support of this motion, Defendants state:

    1.    Defendant Lexington Motors, Inc. timely removed this action to this Court on December 4, 2024.

    2.    In addition to the impending holidays, Defendants require additional time to investigate the allegations of Plaintiff's Amended Complaint in order to determine how to respond to it including preparing their respective answers, motions and/or other responsive pleadings.

    3.    Plaintiff does not consent to this extension.

Wherefore, for the forgoing reasons, Defendants' Shein US Services, LLC, Lexington

Motors, Inc. and Sierra Club, respectfully request that the Court grant this Joint Motion for Extension of Time.

Dated: December 10, 2024

Respectfully Submitted,

THE DEFENDANTS,

| SIERRA CLUB | LEXINGTON MOTORS, INC. |
|---|---|
| */s/ Thomas C. Blatchley* | */s/ Mark Darling* |
| Thomas C. Blatchley | Mark Darling |
| Gordon Rees Scully Mansukhani, LLP | Katharine Van Pelt |
| 28 State Street, Ste. 1050 | Litchfield Cavo LLP |
| Boston, MA 02109 | 6 Kimball Lane |
| Phone: 857-263-2000 | Lynnfield, MA 01904 |
| Fax: 8557-264-2836 | Phone: 781-309-1500 |
| Email: tblatchley@grsm.com | Fax: 781-246-0167 |
|  | Email: Darling@litchfieldcavo.com |
|  | Email: vnapelt@litchfieldcavo.com |

SHEIN US SERVICES, LLC

*/s/ Brian J. Bosworth*
Brian J. Bosworth
Hunton Andrews Kurth LLP
60 State Street, Ste. 240
Boston, MA 02109
Phone: 617-648-2748
Email: BBosworth@hunton.com

## **LOCAL RULE 7.1 CERTIFICATION**

      Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that counsel for Defendant Sierra Club has conferred with Plaintiff regarding the relief requested in this motion, and Plaintiff does not assent to this motion.

<em>/s/ Thomas C. Blatchley</em>

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 10, 2024.

<em>/s/ Thomas C. Blatchley</em>