# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS



VINCENT LAWRENCE,

    Plaintiff,

v.

LEXINGTON MOTORS INC. et al.

    Defendant,

Civil Action No. 24-CV-13002

## PLAINTIFF'S MOTION FOR AN ORDER TO CEASE UNAUTHORIZED COMMUNICATIONS BY DEFENDANT LEXINGTON MOTORS, INC.

NOW COMES the Plaintiff, Vincent Lawrence, and respectfully moves this Honorable Court to issue an order requiring Defendant Lexington Motors, Inc. ("Lexington") to immediately cease sending unauthorized text messages to my personal cell phone in clear violation of the **Telephone Consumer Protection Act (TCPA)** and the **Massachusetts Telemarketing Sales Act (MTSA)**. Despite the ongoing litigation and my prior opt-out requests, I have continued to receive unsolicited text messages, demonstrating Defendant's failure to comply with federal and state telemarketing laws.

The defendant Lexington attorney have characterized me in prior motions to this court as a "serial litigant" in this matter. However, this motion aims to clarify that the issue lies with the

1

defendants' Lexington and the dismissed defendant Shein US LLC continued reliance on an automatic telephone dialing system, which operates in blatant disregard of legal requirements. Lexington Motors, Inc. neither has Shein adhered to my revocations and opt-out requests nor taken necessary measures to ensure compliance with the law, including registering as telemarketers or solicitors in Massachusetts, as required by Massachusetts General Law 159 c.

This motion is also intended to show the Court that the defendants' actions, not mine the plaintiff pursuit of legal recourse, are the root of this ongoing issue. My goal remains to protect my Civil Rights and ensure compliance with the law, not to engage in unnecessary litigation.

In support of this motion, Plaintiff states as follows:

1. **Nature of the Case:**
    1. Plaintiff has filed this action alleging violations of the Telephone Consumer Protection Act ("TCPA"), the Massachusetts Telemarketing Sales Act, and other applicable laws due to the unauthorized text messages sent by Defendants, including Lexington Motors, Inc., Shein US LL and Siera, despite this defendant Lexington motor have alleged that I am just a sue happy person. I have an elderly mom and children that I need to stay in contact with and cannot turn my phone off because I may get an emergency call.
    2. Specifically, Plaintiff has received at least two additional text messages from Lexington after this lawsuit was initiated, demonstrating a willful disregard for Plaintiff's prior opt-out requests and the ongoing legal proceedings.

3. Despite being told that Lexington client has added my cell phone on their clients internal Do Not Call List, but I have continued to received these calls while I try to sleep during the day because I work from 11 pm – 7 am daily.

2. **Violation of Plaintiff's Rights:**

   1. These text messages constitute a clear violation of the TCPA and the Massachusetts Telemarketing Sales Act as of today these defendants are still not registered under with the

   2. which prohibits the use of an automatic telephone dialing system to send text messages without prior express consent.

   3. They further violate the Massachusetts Telemarketing Sales Act, which requires telemarketers to honor opt-out requests and comply with Do Not Call regulations.

3. **Unauthorized Text Messages:**

   1. Despite the filing of this lawsuit on Defendant Lexington , Plaintiff has continued to receive unsolicited and unauthorized text messages from Defendant Lexington Motors, Inc. on several occasion See text below:



2. Despite settling with defendant Shein they have continued to call my at least 10 times and will not stop, here are a few text messages see below:

  



4. **Ongoing Harm:**

    1. Defendant Lexington's continued text messages have caused Plaintiff harm, including invasion of privacy, emotional distress, and unnecessary use of Plaintiff's phone and battery life.

5. **Request for Relief:**

    1. Plaintiff respectfully requests that this Court order Defendant Lexington Motors, Inc. to:

    **a.** Immediately cease all unauthorized text message communications to Plaintiff's phone.

    **b.** Confirm in writing that Plaintiff has been placed on Lexington's internal Do Not Call list.

    **c.** Provide assurances that all necessary measures have been implemented to comply with applicable federal and state laws.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant this motion and order Defendant Lexington Motors, Inc. to cease sending unauthorized text messages to Plaintiff, along with any other relief the Court deems appropriate.

Respectfully submitted,
*Vincent Lawrence* (signature)
**Vincent Lawrence**                                    **January 28, 2025**

/s/ Vincent Lawrence
111 Atlantic Avenue, Apt 208
Boston, MA 02110

Vlawrence02121@gmail.com
Tel: 857-225-3862

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon all counsel of record via email on January 28, 2025.

Respectfully submitted,
*Vincent Lawrence*
Vinent Lawrence
/s/ Vincent Lawrence
111 Atlantic Avenue Apt 208
Boston, Ma 02110
Vlawrence02121@gmail.com
857-225-3862
*Plaintiff*

January 28, 2025

Brian Bosworth, Esquire
Hunton Andrews Kurth LLP
60 State Street
Suite 2400
Boston, MA 02109
BBosworth@hunton.com
*Counsel for Shein US Services LLC*

Thomas C. Blatchley, Esquire
Gordon Reese Scully Mansukhani
28 State Street
Suite 1050
Boston, MA 02109
tblatchley@grsm.com
*Counsel for Sierra Club*

Mark A. Darling
Katharine C. Van Pelt (BBO# 713912)
Vanpelt@Litchfieldcavo.com
LITCHFIELD CAVO LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
Darling@Litchfieldcavo.com
781-309-1500

7

*Counsel for Lexington Motors Inc.*